IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08-30220-GPM |
| DARNELL M. YARBROUGH, | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the Defendant's Motion for Bond Modification. **(Doc. 27).** The U.S. Probation Office not being opposed to the Motion, and the Court being duly advised in the premises, **GRANTS** the Motion as follows:

The Defendant's bond is modified to permit him to travel to the Eastern District of Missouri.

**IT IS SO ORDERED.**

**DATED:  April 27, 2009**

                                              **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **U. S. MAGISTRATE JUDGE**